1  Raagini Shah (SBN 268022)
   Email: rshah@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Le T. Duong (SBN 297662)
   Email: lduong@reedsmith.com
6  REED SMITH LLP
   101 Second Street, Suite 1800
7  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
8  Facsimile: +1 415 391 8269

9  Attorneys For Defendant Wells Fargo Bank, N.A. and
   The Bank of New York Mellon f/k/a The Bank of
10 New York, as Trustee for the World Savings Remic
   Trust, Mortgage Pass-Through Certificates, Series 20
11 Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINO R. GALANG and ELIZABETH B. GALANG,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for WORLD SAVINGS REMIC TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20 and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01640-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Compl. Filed: April 30, 2018<br><br>Honorable John A. Mendez<br>Honorable Kendall J. Newman |

# **STIPULATION**

This Stipulation is entered into by and between Plaintiffs Josefino R. Galang and Elizabeth B. Galang ("Plaintiffs") and Defendants Wells Fargo Bank, N.A. and the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the World Savings Remic Trust, Mortgage Pass-Through Certificates, Series 20 (collectively, "Defendants") through their respective counsel of record.

WHEREAS, on April 30, 2018, Plaintiffs filed a Complaint in Sacramento Superior Court, which was removed to this Court by Defendants on June 6, 2018;

WHEREAS, Defendants' response to the Complaint is currently due on June 13, 2018;

WHEREAS, Plaintiffs and Defendants stipulated on June 7, 2018 to a 14-day extension of time for Defendants to file their response to the Complaint;

WHEREAS, pursuant to Local Rule 144(a) of the Eastern District of California, Defendants' response to the Complaint is extended to and including June 27, 2018;

WHEREAS, Plaintiffs and Defendants state pursuant to Local Rule 144(b) that no prior extensions of time have been obtained for Defendants to respond to the Complaint;

NOW, THEREFORE, Plaintiffs and Defendants hereby STIPULATE that Defendants shall have until, and including, June 27, 2018 to respond to Plaintiffs' Complaint in this matter.

IT IS SO STIPULATED.

Dated: June 13, 2018      LAW OFFICES OF MARK W. LAPHAM

By  */s/ Mark W. Lapham*
Mark W. Lapham
[As Authorized on June 13, 2018]
Attorney for Plaintiffs Josefino R. Galang and
Elizabeth B. Galang

| | | |
|---|---|---|
| 1 | DATED: June 13, 2018 | REED SMITH LLP |
| 2 | | |
| 3 | | By: /s/ *Le T. Duong* |
| | | Raagini Shah |
| 4 | | Le T. Duong |
| | | Attorneys for Defendants |
| 5 | | Wells Fargo Bank, N.A. and The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the World Savings Remic Trust, Mortgage Pass-Through Certificates, Series 20 |
| 6 | | |
| 7 | | |

**IT IS SO ORDERED.**

DATED: June 13, 2018    /s/ John A. Mendez_____
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware